**Charlie Louis JONES, Petitioner—
Appellant,**

v.

**Eric WILSON, Respondent—Appellee,**

and

**Petersburg Federal Correctional
Complex, Respondent.**

No. 15–6445.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 7, 2015.

Decided: July 13, 2015.

Charlie Louis Jones, Appellant Pro Se. Dennis Carl Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlie Louis Jones, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Wilson,* No. 1:14–cv–00020–CMH–IDD (E.D.Va. Mar. 30, 2015). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*